No. 73–5489. POLESTI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–6868. FERNANDEZ ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 74–604. DEPARTMENT OF HIGHWAYS OF LOUISIANA v. BEAIRD-POULAN, INC. C. A. 5th Cir. Certiorari denied. 

No. 74–632. IRALI v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 74–659. CAPRA ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 74–690. ANONYMOUS v. KISSINGER, SECRETARY OF STATE, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 74–699. ABBOTT LABORATORIES ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 74–714. DELLINGER ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 74–720. DIGIORGIO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 74–752. RUSSELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 74–763. GROSSMAN v. STRIEPEKE, SHERIFF. C. A. 9th Cir. Certiorari denied.